GILLESPIE v. GILLESPIE

No. 590P84.

Case below: 66 N.C. App. 377.

Petition by defendants for writ of supersedeas and temporary stay dismissed 6 November 1984.

HARCO LEASING v. BOWMAN

No. 427P84.

Case below: 69 N.C. App. 177.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 November 1984.

HOWARD v. SHARPE

No. 464P84.

Case below: 69 N.C. App. 555.

Petition by several defendants for discretionary review under G.S. 7A-31 denied 6 November 1984.

IN RE DURHAM ANNEXATION ORDINANCE

No. 412P84.

Case below: 69 N.C. App. 77.

Petition by petitioners for discretionary review under G.S. 7A-31 denied 6 November 1984. Motion by respondent to dismiss appeal for lack of substantial constitutional question allowed 6 November 1984.

INTERNATIONAL HARVESTER CREDIT CORP. v. BOWMAN

No. 426P84.

Case below: 69 N.C. App. 217.

Petition by defendants for discretionary review under G.S. 7A-31 denied 6 November 1984.